UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **KAZUHIKO HADA and MIWA HADA** ) <br> **Individually and as Husband and Wife,** ) <br> **and ALISA HADA,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **ERNEST ALAN FISCHER,** ) <br> ) <br> **Defendant.** ) | **CIVIL ACTION NO.**_____ <br><br> **JURY OF 12 DEMANDED** |

## NOTICE OF REMOVAL

Comes Tokio Marine America Insurance Company (hereinafter "Unnamed Defendant Tokio Marine"), by and through counsel, and gives notice of its removal of this case to this Court, pursuant to 28 U.S.C. §§1332, 1441, and 1446. In support of its Notice of Removal, Unnamed Defendant Tokio Marine asserts as follows:

1. On May 4, 2023, Plaintiffs filed a Complaint in the Circuit Court of Tennessee for the Twentieth Judicial District at Nashville, Davidson County, Docket No. 23C985, against the above-named Defendants, Unnamed Defendant Tokio Marine, and Unnamed Defendant MemberSelect Insurance Company. Unnamed Defendant Tokio Marine was served on May 15, 2023.

2. Copies of the complete state court file are attached hereto as Collective Exhibit 1. These documents are all the processes, pleadings, and orders filed with Davidson County Circuit Court to date.

3. Plaintiffs Kazuhiko Hada and Miwa Hada were at the time of the commencement of said action and still are residents of the state of California and of no other state.

4. Plaintiff Alisa Hada was at the time of the commencement of said action and still is a resident of the state of Texas and of no other state.

5. Defendant Ernest Alan Fischer was at the time of the commencement of said action and still is a resident of the state of Michigan and of no other state.

6. Unnamed Defendant Tokio Marine, was at the time of the commencement of said action and still is a corporation organized under the laws of the state of New York and of no other state, with its principal place of business in New York. This Unnamed Defendant files this Notice within thirty (30) days of service of the summons and complaint pursuant to 28 U.S.C. §1446(b)

7. Unnamed Defendant MemberSelect Insurance Company, was at the time of the commencement of said action and still is a corporation organized under the laws of the state of Michigan and of no other state, with its principal place of business in Michigan.

8. Based upon the claims of the Plaintiffs in the Complaint, including that Plaintiffs have sought damages totaling $1,500,000 ($750,000 sought by each Plaintiff), and the amount in controversy is expected to exceed $75,000 exclusive of interests and costs, by virtue of the nature of the claims and the provisions set forth in 28 U.S.C. §1446(c)(2) et seq., authority is provided for the filing of this Notice.

Further, complete diversity of citizenship between the Plaintiffs and Defendants exists and has existed since the filing of the cause of action. This matter is therefore within the jurisdiction of this Court pursuant to the provisions of 28 U.S.C. §1332 and is removable to this Court pursuant to the provisions of 28 U.S.C. §1441.

10. Unnamed Defendant Tokio Marine would show the Court that at the time of the filing of this Notice there has been no Return of Service nor Notice of Appearance filed on behalf of the named Defendant Ernest Alan Fischer. Therefore, the agreement requirement set forth 28 U.S.C.

§1446(b)(2)(A) is not applicable. Additionally, Unnamed Defendant Tokio Marine would show the Court that at the time of the filing of this Notice Unnamed Defendant MemberSelect Insurance Company has been served; however, no Notice of Appearance has been filed, proving compliance with the agreement requirement 28 U.S.C. §1446(b)(2)(A) to be impossible. This is evident by the Pleading List attached as Exhibit 2.

11. A copy of this Notice will be filed with the Clerk of the Court of Davidson County, Tennessee, as required by 28 U.S.C. §1446(d).

**WHEREFORE**, Unnamed Defendant Tokio Marine prays that this Court accept this Notice and proceed with the action heretofore referred to in accordance with the law.

Submitted this the 14th day of June, 2023.

Respectfully submitted,

**LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC**

By: */s/ Thomas J. Dement II*
**Thomas J. Dement II**
BPRN 017950
**Matthew Elliot Miller**
BPRN 031235
750 Old Hickory Blvd.
Building 1, Suite 200
Nashville, Tennessee 37027
(615) 255-7722
thomas.dement@leitnerfirm.com
matthew.miller@leitnerfirm.com

*Attorneys for Unnamed Defendant Tokio Marine America Insurance Company*

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that the foregoing document has been served upon all counsel of record for the parties at interest in this cause by electronic notification through the Court's CM/ECF System, U.S. mail, and/or email to:

> R. Deniger Cobb, Jr.
> BPRN 035084
> NAHON SAHAROVICH & TROTZ, PLC
> 488 South Mendenhall
> Memphis, TN 38117
> dcobb@nstlaw.com
>
> Ernest Alan Fischer
> 4745 F 30
> Glennie, MI 48737
>
> MemberSelect Insurance Company
> 1 Auto Club Drive
> Dearborn, MI 48126

This the 14th day of June, 2023.

By: */s/ Thomas J. Dement II*
**Thomas J. Dement II**