IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAZUHIKO HADA and MIWA HADA, Individually and as Husband and Wife, and ALISA HADA, <br><br> Plaintiffs, <br><br> v. <br><br> ERNEST ALAN FISCHER, <br><br> Defendant. | Case No. 3:23-cv-00610 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE FRENSLEY |

## ORDER

Pending before the Court is a Motion for Remand filed by Plaintiffs Kazuhiko Hada, Miwa Hada, and Alisa Hada. (Doc. No. 11). Plaintiffs contend that the Notice of Removal (Doc. No. 1) filed by unnamed Defendant Tokio Marine America Insurance Company ("Tokio Marine") violates the "rule of unanimity" and should be remanded to the Davidson County Circuit Court because all defendants did not consent to removal.

The unnamed defendants, Tokio Marine and MemberSelect Insurance Company, did not respond to the motion to remand. Defendant Ernest Alan Fischer filed a response in support of Plaintiffs' motion. (Doc. No. 12). Accordingly, Plaintiffs' Motion to Remand (Doc. No. 11) is deemed to be unopposed. *See* Local Rule 7.01(a)(3).

Plaintiffs' Motion to Remand (Doc. No. 11) is, therefore, **GRANTED**, as unopposed and this action is **REMANDED** to the Davidson County Circuit Court.

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE